IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROGER LARRY THRASHER,
    Petitioner,

vs.                                    Case No. 3:03cv243/LAC/EMT

JAMES V. CROSBY, JR.,
    Respondent.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 15, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of objections filed, if any.

Having considered the report and recommendation, and any objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

**ORDERED** on this 19th day of April, 2005.

                                                  s/ _L.A. Collier_
                                                    Lacey A. Collier
                                     Senior United States District Judge