UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROGER LARRY THRASHER

    VS                                CASE NO.  3:03cv243 LAC/EMT

JAMES V. CROSBY, JR.

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the petition for writ of habeas corpus is **DISMISSED** as moot.

                            WILLIAM M. McCOOL, CLERK OF COURT

 April 19, 2005                /s/ Lynn C. Uhl
DATE                            Deputy Clerk: Lynn Uhl

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:_____

Document No.